IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| RONNIE T. SHELTON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of Social Security, )<br>)<br>Defendant. ) | Civil Action No. 5:12-CV-00009 |

**DEFENDANT'S MOTION TO DISMISS AND REMAND**

Defendant Michael J. Astrue, Commissioner of Social Security ("Commissioner") hereby moves this Court to:

1. Remand this action, insofar as it seeks review under 42 U.S.C. § 405(g) of the Social Security Administration's denial of Plaintiff's application for disability insurance benefits under Title II of the Social Security Act, 42 U.S.C. §§ 401-434, for further administrative proceedings, and dismiss this claim without prejudice against Defendant Michael J. Astrue, Commissioner of Social Security; and

2. Dismiss all other claims with prejudice against Defendant Astrue.

A Memorandum of Law in support of this Motion is being filed contemporaneously.   A hearing is not requested.

                                                    Respectfully submitted,

                                                    TIMOTHY J. HEAPHY
                                                    United States Attorney

Date: <u>June 11, 2012</u>                          /s/ Kartic Padmanabhan
                                                    Kartic Padmanabhan
                                                    Assistant United States Attorney
                                                    Virginia Bar No. 74167
                                                    P.O. Box 1709
                                                    Roanoke, VA 24008
                                                    Tel: (540) 857-2250
                                                    Fax: (540) 857-2614
                                                    kartic.padmanabhan@usdoj.gov

Of counsel:

Nora Koch
    Acting Regional Chief Counsel, Region III
Melissa K. Curry
    Assistant Regional Counsel
Office of General Counsel, Region III
Social Security Administration
P.O. Box. 41777
Philadelphia, PA 19101

## CERTIFICATE OF SERVICE

       I hereby certify that I have this 11th day of June, 2012, electronically filed Defendant's Motion to Dismiss and Remand with the Clerk of the Court using the CM/ECF system, and mailed by United States Postal Service a copy of the document to the following non-CM/ECF participant: Ronnie T. Shelton, 41 Southview Drive, Waynesboro, VA 22980.

                                                    /s/ Kartic Padmanabhan
                                                    Kartic Padmanabhan
                                                    Assistant United States Attorney